JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE SANCHEZ,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>NEW YORK AND COMPANY STORES, INC., et al.,<br><br>　　　　　Defendant(s).<br>_____ | CASE NO. 2:20-cv-02380-RGK-GJS<br><br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

　　　In light of the Notice (Amended) of Stay of Proceedings Due to Defendants' Bankruptcy Filings [25], filed on July 16, 2020, regarding the Chapter 11 Bankruptcy filed by defendants, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

　　**IT IS SO ORDERED.**

DATED: July 16, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**R. GARY KLAUSNER**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**